In the Matter of JACOB MARKS, Respondent, against FIORELLO H. LAGUARDIA et al., Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.

Argued May 20, 1941; decided July 29, 1941.

*William C. Chanler, Corporation Counsel* (*Stanley Buchsbaum, Paxton Blair* and *Louis M. Weintraub* of counsel), for appellants.

*Isidor Neuwirth* for respondent.

Order affirmed, with costs; no opinion. (See 286 N. Y. 700.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.